U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

ANGEL ALVAREZ et al.

v.

CHRIST DEMOS and D&G DOWNTOWN, INC.

Case Number:
FILED: JUNE 4, 2008
08CV 3237 NF
JUDGE GOTTSCHALL
MAGISTRATE JUDGE DENLOW

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Angel Alvarez, Alexandros Giavridis, Themistoklis Marmaras, Jose L. Roldan, Theoharis Spartiatis, George P. Theoharis, and Ioannis Petrou, Plaintiffs.

| | |
|---|---|
| NAME (Type or print)<br>James X. Bormes | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ James X. Bormes | |
| FIRM<br>Law Office of James X. Bormes, P.C. | |
| STREET ADDRESS<br>8 South Michigan Avenue, Suite 2600 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6202568 | TELEPHONE NUMBER<br>(312) 201-0575 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |