# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of
ANGEL ALVAREZ et al.

v.

CHRIST DEMOS and D&G DOWNTOWN, INC.

Case Number:
FILED: JUNE 4, 2008
08CV 3237 NF
JUDGE GOTTSCHALL
MAGISTRATE JUDGE DENLOW

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Angel Alvarez, Alexandros Giavridis, Themistoklis Marmaras, Jose L. Roldan, Theoharis Spartiatis, George P. Theoharis, and Ioannis Petrou, Plaintiffs.

| | |
|---|---|
| **NAME** (Type or print) <br> Jeffrey Grant Brown | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Jeffrey Grant Brown | |
| **FIRM** <br> Converse & Brown, LLC | |
| **STREET ADDRESS** <br> 105 West Adams Street, Suite 3000 | |
| **CITY/STATE/ZIP** <br> Chicago, Illinois 60603 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6194262 | **TELEPHONE NUMBER** <br> (312) 789-9700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |