## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>ANGEL ALVAREZ et al.<br><br>v.<br><br>CHRIST DEMOS and D&G DOWNTOWN, INC. | Case Number:<br>FILED: JUNE 4, 2008<br>08CV 3237 NF<br>JUDGE GOTTSCHALL<br>MAGISTRATE JUDGE DENLOW |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Angel Alvarez, Alexandros Giavridis, Themistoklis Marmaras, Jose L. Roldan, Theoharis Spartiatis, George P. Theoharis, and Ioannis Petrou, Plaintiffs.

| | |
|---|---|
| **NAME (Type or print)**<br>Catherine P. Sons | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Catherine P. Sons | |
| **FIRM**<br>Converse & Brown, LLC | |
| **STREET ADDRESS**<br>105 West Adams Street, Suite 3000 | |
| **CITY/STATE/ZIP**<br>Chicago, Illinois 60603 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6290805 | **TELEPHONE NUMBER**<br>(312) 789-9700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |