**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 CV 3237 |

Angel Alvarez, et al., Plaintiffs,

v.

Christ Demos, et al., Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Defendants, Christ Demos and D&G Downtown, Inc.

| |
|---|
| NAME (Type or print) |
| Lindsy A. Wilkerson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/Lindsy A. Wilkerson |
| FIRM |
| Laner, Muchin, Dombrow, Becker, Levin and Tominberg, Ltd. |
| STREET ADDRESS |
| 515 North State Street, Suite 2800 |
| CITY/STATE/ZIP |
| Chicago, IL 60654 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06281337 | 312/467-9800 |

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  N |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  N |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. |
| RETAINED COUNSEL            APPOINTED COUNSEL |

## **CERTIFICATE OF SERVICE**

Lindsy A. Wilkerson, an attorney, hereby certifies that she caused the attached Appearance in the above-captioned matter to be served on the parties of record listed below, via Electronic Filing to James X. Bormes and Jeffrey Grant Brown, through the U.S. District Court, Northern District of Illinois on this 25th day of August 2008, addressed to:

>James X. Bormes
>8 South Michigan Avenue
>Suite 2600
>Chicago, IL 60603
>
>Jeffrey Grant Brown
>Converse & Brown, LLC
>105 West Adams Street
>Suite 3000
>Chicago, IL 60603

>/s/ Lindsy A Wilkerson
>Lindsy A Wilkerson