## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Eastern Division

Angel Alvarez, et al.
                    Plaintiff,

v.                                          Case No.: 1:08−cv−03237
                                            Honorable Joan B. Gottschall

Christ Demos, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 6, 2008:

MINUTE entry before the Honorable Joan B. Gottschall:Status hearing held on 8/6/2008. The parties initial disclosures by 8/29/2008. All discovery ordered closed by 12/30/2008. Status hearing continued to 1/7/2009 at 9:30 A.M. Mailed notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.